UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REINALDO O. PAGAN,

  Plaintiff,

v.                                           Case No. 6:22-cv-2201-RBD-EJK

OSCEOLA COUNTY COUNCIL ON
AGING, INC.,

  Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties filed a joint motion for settlement approval and dismissal of this case with prejudice. (Doc. 33 ("Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends granting the Motion. (Doc. 36 ("R&R").) Neither party objected so the Court examines the R&R for clear error only. (Doc. 37); *see Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 36) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Motion (Doc. 33) is **GRANTED**.

3. The agreement (Doc. 33, pp. 12–15) is **APPROVED** as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 25, 2023.

ROY B. DALTON JR.
United States District Judge